UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET MCCRARY,

                              Plaintiff,

-v-

MERRILL LYNCH, PIERCE, FENNER & SMITH,

                              Defendant.

23 Civ. 10768 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court has reviewed counsels' letters on the defense's application for a conference to discuss whether to stay this case pending further developments in *Valelly v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 19 Civ. 7998 (VEC). *See* Dkts. 14–15. The Court hereby schedules a conference for this purpose for February 9, 2024, at 9 a.m. to be held in person in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 1007. At the conference, counsel should be prepared to discuss intermediate options short of the full stay urged by the defense. Pending the outcome of the conference, the Court stays defendant's deadline to answer or respond to the complaint.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 1, 2024
       New York, New York