UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET MCCRARY,

                              Plaintiff,

-v-

MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,

                              Defendant.

23 Civ. 10768 (PAE)

Order

---

PAUL A. ENGELMAYER, District Judge:

       The Court hereby adjourns tomorrow's initial conference. In preparation for the conference, the Court reviewed the recently filed Rule 7.1 statement of defendant Merrill Lynch, Pierce, Fenner & Smith, Inc., which disclosed that Berkshire Hathaway is a beneficial owner of the company, Bank of America, N.A., of which Merrill Lynch is, indirectly, a wholly owned subsidiary. Dkt. 13. Because the Court's family owns stock in Berkshiare Hathaway, Inc., the Court cannot preside over this case, and therefore must recuse, and does so here. An order effecting the transfer of this case to another judge will issue shortly. The Court apologizes for any inconvenience caused to counsel by its review of the Rule 7.1 statement this close to tomorrow's conference.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: February 8, 2024
          New York, New York