USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MARGARET McCRARY,

                Plaintiff,

- against -

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,

                Defendant.

**23-CV-10768 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the Parties' October 28, 2024, joint letter outlining the Parties' respective positions on whether they request supplemental or full briefing on Defendant's intended Motion to Strike and, if so, their proposed briefing schedules. (See Dkt. No. 31.) The Court hereby orders that the Motion to Strike be briefed and that the Parties adhere to the deadlines in Plaintiff's proposed briefing schedule, with memoranda in support of the Motion and Opposition not to exceed 15 pages, and the Reply not to exceed 6 pages.

**SO ORDERED.**

Dated:    29 October 2024
           New York, New York

                                              Victor Marrero
                                              U.S.D.J.