USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAFRON CAPITAL CORP., Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   -against-<br><br>BANK OF AMERICA CORP. et al,<br><br>      Defendants. | 24-CV-07743 (MMG) |
| ROBERT J. CAMPTON, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   -against-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al.,<br><br>      Defendants. | 24-CV-08629 (MMG) |
| MARGARET MCCRARY, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   -against-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,<br><br>      Defendant. | 23-CV-10768 (MMG) (BCM) |
| BRIAN TAYLOR, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   -against-<br><br>BANK OF AMERICA CORP., et al.,<br><br>      Defendants. | 25-CV-00709 (MMG) |

| | |
|---|---|
| JAMES BERTONIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>    -against-<br><br>BANK OF AMERICA CORP., et al.,<br><br>                        Defendants. | 25-CV-01601 (MMG)<br><br>**ORDER** |

MARGARET M. GARNETT, United States District Judge:

     It is hereby ORDERED that all parties in the above-captioned cases shall appear for a conference on **Tuesday, March 18, 2025, at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

     The parties should be prepared to discuss the submissions by Margaret McCrary (*Safron Capital Corp v. Bank of America Corp. et al.*, No. 23-cv-07743, Dkt. No. 38) and the parties in *Safron*, *Campton*, *Taylor*, and *Bertonis* (*Safron Capital Corp v. Bank of America Corp. et al.*, No. 23-cv-07743, Dkt. No. 39), as well as the potential effect of the pending motion for summary judgment in *Valelly v. Merrill Lynch, Pierce, Fenner & Smith Inc.*, No. 19-cv-07998.

Dated:  March 12, 2025
          New York, New York

                                                                 SO ORDERED.

                                                                 MARGARET M. GARNETT
                                                                 United States District Judge