USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARGARET MCCRARY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  -against-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,<br><br>    Defendant. | 23-CV-10768 (MMG) (BCM) |
| SAFRON CAPITAL CORP., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  -against-<br><br>BANK OF AMERICA CORP. et al,<br><br>    Defendants. | 24-CV-07743 (MMG) |
| ROBERT J. CAMPTON, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  -against-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al.,<br><br>    Defendants. | 24-CV-08629 (MMG) |
| BRIAN TAYLOR, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  -against-<br><br>BANK OF AMERICA CORP., et al.,<br><br>    Defendants. | 25-CV-00709 (MMG) |

| | |
|---|---|
| JAMES BERTONIS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  -against-<br><br>BANK OF AMERICA CORP., et al.,<br><br>        Defendants. | 25-CV-01601 (MMG)<br><br>**ORDER** |

MARGARET M. GARNETT, United States District Judge:

  As discussed at the March 18 conference, it is hereby ORDERED that either McCrary shall file her opposition to Plaintiffs Safron Capital Corp., Campton, Taylor, and Bertonis' letter-motion to consolidate (*McCrary*, Dkt. No. 50), or the parties shall file a joint proposal regarding consolidation, no later than **March 28, 2025**.

  Should McCrary file an opposition, it is further ORDERED that Plaintiffs Safron Capital Corp., Campton, Taylor, and Bertonis, and Defendants shall file, either separately or together, a response(s) to McCrary's opposition, no later than **April 4, 2025**.

  It is further ORDERED that Defendants' time to answer, move, or otherwise respond to the complaints they have not answered in the above-captioned actions is STAYED, pending the resolution of the potential consolidation.

Dated: March 18, 2025
    New York, New York

                 SO ORDERED.

                 MARGARET M. GARNETT
                 United States District Judge