UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : x | |
| In re MERRILL LYNCH CASH SWEEP PROGRAMS | : : | Civil Action No. 1:23-cv-10768-MMG-BCM |
| | x | <u>CLASS ACTION</u> |

**PLAINTIFF SAFRON CAPITAL CORPORATION'S
NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Safron Capital Corporation ("Plaintiff") hereby voluntarily dismisses its claims in this action without prejudice to its right to participate in any class-wide recovery as a member of the Class.  This dismissal is necessitated by the recent hospitalization of Plaintiff's owner and principal executive officer, which has impaired Plaintiff's ability to participate in this action.  This dismissal does not affect the claims of the remaining plaintiffs in this action, which remain pending.

DATED:  December 15, 2025

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
STEPHEN R. ASTLEY
ANDREW T. REES
SCOTT I. DION
ALEX KAPLAN
LUKE GOVEAS

*s/ Stephen R. Astley*
STEPHEN R. ASTLEY

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
sastley@rgrdlaw.com
arees@rgrdlaw.com
sdion@rgrdlaw.com
akaplan@rgrdlaw.com
lgoveas@rgrdlaw.com

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
rrothman@rgrdlaw.com

WOLF POPPER LLP
ROBERT C. FINKEL
ADAM J. BLANDER
PHILIP M. BLACK
ANTOINETTE A. ADESANYA
EMER BURKE
845 Third Avenue, 12th Floor
New York, NY  10022
Telephone:  212/759-4600
rfinkel@wolfpopper.com
ablander@wolfpopper.com
pblack@wolfpopper.com
aadesanya@wolfpopper.com
eburke@wolfpopper.com

KESSLER TOPAZ MELTZER
   & CHECK, LLP
MELISSA L. YEATES
JONATHAN F. NEUMANN
TYLER GRADEN
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
myeates@ktmc.com
jneumann@ktmc.com
tgraden@ktmc.com

*Attorneys for Plaintiffs and Interim Co-Lead Class Counsel*